**Order entered May 5, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01116-CV

### SQUARE 9 SOFTWORKS INC., Appellant

### V.

### SIPS CONSULTS CORP., Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-09337**

## ORDER

Before the Court is appellee's May 4, 2021 unopposed motion for an extension of time to file its brief. We **GRANT** the motion and extend the time to **June 2, 2021**. We caution appellee that further extension requests in this accelerated appeal will be disfavored.

/s/    CRAIG SMITH
      JUSTICE